U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 NOV 20 P 1: 25
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-CR **18-CR-214** |
| DAISY L. ALDAPE, | [18 U.S.C. §§ 922(a)(6), 922(g)(3), and 924(a)(2)] |
| Defendant. | |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about May 8, 2017, in the State and Eastern District of Wisconsin,

**DAISY L. ALDAPE,**

in connection with the acquisition of a firearm from Gander Mountain, a federally licensed firearms dealer, in Waukesha, Wisconsin, knowingly made a false statement intended and likely to deceive Gander Mountain with respect to a fact material to the lawfulness of the sale and disposition of such firearm.

2. In connection with the acquisition of a firearm, namely, a Smith & Wesson M&P 40c bearing serial number HNV0760, the defendant falsely stated on a Firearms Transaction Record (U.S. Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473) that she was not an unlawful user of a controlled substance, when, in fact, she was such an unlawful user.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 9, 2017, in the State and Eastern District of Wisconsin,

**DAISY L. ALDAPE,**

being an unlawful user of a controlled substance knowingly possessed and received a firearm, namely, a Smith & Wesson M&P 40c bearing serial number HNV0760, which, prior to her possession, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

2

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(a)(6) or 922(g)(3) set forth in this Indictment, the defendant, DAISY L. ALDAPE, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in the offense of conviction, including but not limited to the Smith & Wesson M&P 40c bearing serial number HNV0760.

A TRUE BILL:

███████████████

FOREPERSON
Date: 11/20/18

_____
MATTHEW D. KRUEGER
United States Attorney

3